UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OTTO R. VARGAS, SALVADOR AMBROSIO, WALTER DIAZ, KERRIN MCGEE, FLORENTINO ROMERO, OMAR REYES, MIGUEL PULLA, WILSON MOLINA, and JOSE L. MONTIEL,<br><br>      Plaintiffs,<br><br>    -v.-<br><br>WILLIAM DEGEL,<br><br>      Defendant. | 20 Civ. 882 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  Plaintiffs initiated this action by the filing of a complaint on January 31, 2020. (Dkt. #1). Plaintiffs filed a first amended complaint on March 3, 2020. (Dkt. #3). On March 3, 2020, Plaintiffs also filed an affidavit of service indicating that Defendant, William Degel, was served on February 27, 2020. (Dkt. #4). Accordingly, Defendants' answer to the first amended complaint was due on March 19, 2020.

  On April 1, 2020, the Court reached out to counsel for Plaintiffs to inquire as to whether he had had any contact with the Defendant or counsel for the Defendant. Plaintiffs' counsel stated that he has not had any contact with the Defendant, nor does he have any relationship with him prior to the filing of this case. To date, Defendant has still not appeared in this action nor filed an answer.

  Accordingly, if Plaintiffs wish to move for default judgment, they are hereby ORDERED to do so in accordance with Attachment A of the Court's

Individual Rules of Practice in Civil Cases on or before **July 17, 2020**. Plaintiffs are excused, however, from Attachment A ¶¶ 4, 5, which requires personal service of the order to show cause papers on the Orders and Judgements Clerk and Chambers.  Service of such documents via ECF will suffice.

    SO ORDERED.

Dated:  May 15, 2020
         New York, New York

*[Signature: Katherine Polk Failla]*

    KATHERINE POLK FAILLA
    United States District Judge