UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OTTO R. VARGAS, SALVADOR AMBROSIO, WALTER DIAZ, KERRIN MCGEE, FLORENTINO ROMERO, OMAR REYES, MIGUEL PULLA, WILSON MOLINA, and JOSE L. MONTIEL,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　-v.-<br><br>WILLIAM DEGEL,<br><br>　　　　　　　　　　Defendant. | 20 Civ. 882 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

　　The Court has been informed that mediation in this case was successful and that the parties reached agreement on all issues. All deadlines and conferences are hereby adjourned *sine die*. The parties shall provide a joint submission by **May 5, 2021**, as to why the Court should accept the settlement pursuant to *Cheeks* v. *Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

　　SO ORDERED.

Dated:　April 5, 2021
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　*Katherine Polk Failla*
　　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge